IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALCO INDUSTRIES, INC., on behalf of itself and all others similarly situated, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 14-cv-1183 (LDD) |
| v. | : : | |
| INDUSTRIAL PACKAGING SUPPLIES, INC., A/K/A and D/B/A STRETCHFILMDEPOT.COM | : : : : | |
| Defendant. | : : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, ALCO INDUSTRIES, INC., and Defendant, INDUSTRIAL PACKAGING SUPPLIES, INC. through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, each side to bear its own costs and attorneys' fees.

A class has not been certified in this action, and the dismissal set forth herein relates only to the claims of the named plaintiff.

Respectfully submitted this 30th day August, 2017.

| | |
|---|---|
| LAW OFFICE OF WILLIAM B. HAYES | BOLOGNESE & ASSOCIATES, LLC |
| By: */s/ William B. Hayes*<br>    William B Hayes<br>    257 Jackson Street<br>    Denver, Colorado 80206<br>    Telephone: (303) 514-0658 | By: /s/ Anthony J. Bolognese<br>    Anthony J. Bolognese<br>    Two Penn Center<br>    1500 John F. Kennedy Blvd., Suite 320<br>    Philadelphia, PA  19102<br>    Telephone: (215) 814-6750 |
| Attorney for Defendant<br>Industrial Packaging Supplies, Inc.<br>a/k/a and d/b/a Stretchfilmdepot.com | Attorneys for Plaintiff<br>Alco Industries, Inc. |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2017 I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

      /s/ Anthony J. Bolognese
      Anthony J. Bolognese